JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JUAREZ-TREVIZO, Petitioner<br>v.<br>TODD M. LYONS, et al., Respondents. | Case No. EDCV 26-3563-MWF (DFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** the Petition is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: September 22, 2026

MICHAEL W. FITZGERALD
United States District Judge